IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| VITOL INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. H-11-4629 |
| | § | |
| OCEANCONNECT, LLC, | § | |
| | § | |
| Defendant, | § | |

**ORDER**

In accordance with this court's Memorandum and Order of today's date in Civil Action No. H-11-4311—*Vinmar Overseas, Ltd. v. Oceanconnect, LLC*—this action is remanded to the 157th Judicial District Court of Harris County, Texas.

SIGNED on August 20, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge